### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MARLIN BAUMGARTEL, AND<br>2. NADINE BAUMGARTEL,<br><br>        Plaintiffs,<br><br>v.<br><br>1. ANDREW FISHER AND<br>2. FISHER FARMS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  18-cv-85-TCK-FHM<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to this action, Plaintiffs Marlin and Nadine Baumgartel, individually, by and through counsel of record Brent Mayes of DeVaughn James Injury Lawyers; and Defendants Andrew Fisher and Fisher Farms, Inc., by and through counsel of record Aaron J. Goodman, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and hereby stipulate to the dismissal of all of Plaintiffs' claims against Defendants.  All claims of Plaintiffs against Defendants are hereby dismissed with prejudice.

IT IS SO STIPULATED.

PREPARED AND SUBMITTED BY:

DEVAUGHN JAMES INJURY LAWYERS


By:   /s/ Brent E. Mayes
Brent Mayes, OK #32458;  KS #27058
DeVaughn James Injury Lawyers
3241 N. Toben
Wichita, Kansas 67226
Tele:  (316) 977-9999
Fax:  (316) 425-0414


APPROVED BY:


By  /s/ Aaron J. Goodman
      Aaron J. Goodman, OBA #17434
      Lawson & Shelton, P.L.L.C
      10777 S. Memorial Drive, Suite C
      Tulsa, OK 74133
      agoodman@okfb.com
      Attorney for Defendant